AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 23, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ROBERT L., *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:23-CV-3051-JAG |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's motion to reverse, ECF No. 10, is GRANTED. Defendant's motion to affirm, ECF No. 15, is DENIED. Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  James A. Goeke  on cross briefs.

Date: 9/23/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams